| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | SHELLEY D. WEGER<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

**FILED**

JAN 1 1 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK



Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>3805 SILVERWOOD RD, WEST SACRAMENTO, CA 95691 AND A 2013 HONDA SEDAN, CA LICENSE PLATE 7DBD622 AND A 2013 HONDA UTILITY VEHICLE, CA LICENSE PLATE 7BHP283 REGISTERED TO RESIDENTS OF THE SAID ADDRESS | 2:15-SW-0177 CKD<br><br>[~~PROPOSED~~] ORDER TO UNSEAL REDACTED SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that a redacted copy of the search warrant and search warrant affidavit be unsealed and filed on the public docket. The original search warrant and search warrant affidavit will remain sealed. The Clerk is directed file a redacted copy of the search warrant and search warrant affidavit on the public docket.

SO ORDERED.

Dated: 1-11-2017

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE